In the Matter of NEWPORT OPTICAL MANUFACTURING CO., INC., Respondent. MORRIS KLEIN et al., Appellants; STANLEY E. COLLINSON et al., Respondents.— Proceeding to set aside elections of corporate directors and officers, and for other relief. Order granting respondents' motion to dismiss the petition affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.